COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
(√) INITIAL APPEARANCE
( ) BOND HEARING
( ) DETENTION HEARING
( ) PRELIMINARY (EXAMINATION)(HEARING)
( ) REMOVAL HEARING (R.40)
( ) ARRAIGNMENT

DATE: 8/25/05
DIGITAL Recording : 3:09 - 3:30

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda Robinson
CASE NO.  2:05cr171-T    DEFENDANT NAME: Calvin Artis Stewart, Jr.
AUSA: Kent B. Brunson    DEFT. ATTY: Kevin Butler
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
PTSO: Ron Thweatt    USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest 8/25/05 or ( ) Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ☑ | Financial Affidavit executed *ORAL MOTION FOR APPT OF COUNSEL* |
| ☑ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☑ | Release order entered. Deft advised of conditions of release |
| ☑ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☑ | ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☑ | DISCOVERY DISCLOSURE DATE: 8/29/05 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☑ | WAIVER of Speedy Trial. CRIMINAL TERM: 1/23/06 |