```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
    v.                       )    CR. NO. 2:05cr171-T
                            )
CALVIN ARTIS STEWART, JR.   )

<u>UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY</u>

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 18, United States Code, Section 922(g)(3), as alleged in Count 2 of the Indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> **One Taurus, Model Millennium, .40 Caliber Semi-Automatic Pistol, bearing serial number SVL11333.**

Respectfully submitted this 1st day of September, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


 /s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin L. Butler** and **Kent Brunson**.


 /s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560