IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05-cr-171-T |
| | ) | |
| CALVIN ARTIS STEWART, JR. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

COMES NOW the Defendant, Calvin Artis Stewart, Jr., by and through undersigned counsel, Kevin L. Butler, and requests an extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. Mr. Stewart is charged in a three (3) count indictment with possession of a controlled substance, user in possession of a firearm and drug trafficking.

2. Pretrial motions are due to be filed in this court on Thursday, October 13, 2005.

3. As of this date, undersigned counsel has yet to receive discovery in this matter from the Government. Discovery is to be provided to undersigned counsel today or at the latest, tomorrow, Friday, October 14, 2005.

4. As undersigned counsel has not reviewed discovery in this case, pretrial motions will not be prepared by today.

5. The United States, through Assistant United States Attorney, Kent Brunson, has no opposition to this requested continuance.

WHEREFORE, the Defendant prays that he be allowed an additional week to file any pretrial motions in this matter.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| **V.**   ) | CR. No.: 2:05-cr-171-T |
| ) | |
| **CALVIN ARTIS STEWART, JR.**   ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                    Respectfully submitted,

                    s/ Kevin L. Butler
                    KEVIN L. BUTLER
                    First Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail: kevin_butler@fd.org
                    AZ Bar Code: 014138