IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR171-T |
| | ) | [WO] |
| CALVIN ARTIS STEWART, JR. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Unopposed Motion For Extension Of Time, filed on 13 October 2005 (Doc. # 14), is GRANTED. The court has noted that the reason for the motion is the government's failure to provide discovery before 13 October 2005, thus precluding defendant's counsel from reviewing discovery to determine the propriety of pretrial motions.

The court reminds the government that, pursuant to its directive in open court and the Order on Arraignment, entered on 26 August 2005 (Doc. # 9), the government's discovery should have been provided on or before 6 September 2005. Accordingly, it is further ORDERED as follows:

1. The defendant shall file his pretrial motions, if any, on or before 21 October 2005.

2. On or before 21 October 2005, the government shall show cause in writing why it failed to comply with the court's order and delayed providing discovery to the defendant for more than 30 days.

DONE this 14th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE