**COURTROOM DEPUTY'S MINUTES**          **DATE:** 10/17/05

**MIDDLE DISTRICT OF ALABAMA**          Digital Recording: 9:35 - 9:37

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr171-T          **DEFENDANT(S):** Calvin Artis Stewart, Jr.

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * * * * * | Kevin L. Butler |

☐ **DISCOVERY STATUS:**    M/Extend Time GRANTED

☐ **PENDING MOTION STATUS:**    A Pretrial Motion may be filed

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**    1 and 1/2

☐ **REMARKS:**    Mr. Butler expressed reason for moving for Extention of Time