IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR 2:05 cr 171-T |
| ) | |
| CALVIN ARTIS STEWART, JR. ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now John R. Walker, Attorney at Law, and gives notice of Representation as Counsel of record for the Defendant as retained Counsel. I hereby request all notices and documents be forwarded to his offices.

Respectfully submitted this the 21st day of November 2005.

_____
JOHN R. WALKER WAL-135
Attorney for Defendant

OF COUNSEL:
100 Commerce Street, Suite 1000
Montgomery, AL 36104
(334) 538-3768 px
(334) 263-7782 fx

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the US Attorney, 1 Court Square, Suite 201, Montgomery, Alabama, 36104, by either placing a copy of same in the United States mail postage prepaid and properly addresses to insure delivery or by HAND DELIVERY on this the 21ST DAY OF November 2005.

_____
John R. Walker