| COURTROOM DEPUTY'S MINUTES | DATE: 11/21/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:30 - 9:36 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr171-T    **DEFENDANT(S):** Calvin Artis Stewart, Jr.

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Kevin L. Butler |
| | | John Walker |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:** Mr. Kevin Butler will provide discovery to Mr. John Walker, retained counsel

❏ **PENDING MOTION STATUS:**   #l9 Motion to Suppress Statement
   ORAL MOTION to WITHDRAW -Kevin Butler

**ORAL Request for Additional Time to Prepare for Motion to Suppress Hearing - DENIED**
**Hearing on Motion to Suppress will go forward on ll/22/05 @ 2:00 p.m. as scheduled**

❏ **PLEA STATUS:**

❏ **TRIAL STATUS**   2 Days
   1/23/06 Trial Term

❏ **REMARKS:**