IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05CR171-T |
| | ) | |
| CALVIN ARTIS STEWART, JR. | ) | |

## ORDER

For good cause, it is

ORDERED that the Oral Motion to Withdraw requested by Attorney Kevin Butler during the Pretrial Conference held 21 November 2005, is GRANTED.

DONE this 22nd day of November 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE