## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 11/22/05            DIGITAL RECORDING: 2:03 - 2:38

DATE COMPLETED: 11/22/05

USA

vs                                                2:05cr171-T

Calvin Artis Stewart, Jr.

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent B. Brunson | | John Reagan Walker |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy            Mitchell Reisner, Court Reporter

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    Motion to Suppress Statement Hearing

| Description | 2:05cr171-T USA vs. Calvin Artis Stewart, Jr.: Suppression Hearing | |
|---|---|---|
| Date | 11/22/2005 | Location: Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2:03:57 PM | Court | Court Convenes with the facts regarding this case |
| 2:05:46 PM | Govt | Calls Town of Hayneville's Chief of Police Kenneth Mithchell as witness; Witness gives testimony |
| 2:21:35 PM | Defendant | Questions Witness Kenneth Mithcell |
| 2:27:24 PM | Parties | Both state no further questions |
| 2:27:52 PM | Court | Questions Witness |
| 2:31:25 PM | Defendant | Responds to Court's Questions |
| 2:35:13 PM | Govt | Reads into the record the statement given by defendant |
| 2:35:40 PM | Defendant | Gives closing argument |
| 2:36:32 PM | Govt | Gives closing argument |
| 2:38:36 PM | Court | Defendant is to remain on bond as previously ordered; Court in RECECESS |