**COURTROOM DEPUTY'S MINUTES**                     **DATE:** 1/3/06

**MIDDLE DISTRICT OF ALABAMA**                    Digital Recording: 9:13 - 9:19

<strong><u>PRETRIAL CONFERENCE</u></strong>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr171-T                       **DEFENDANT(S):** Calvin Artis Stewart, Jr.

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * * * | John Walker |
| | * * | |

❏ **DISCOVERY STATUS:** Complete

❏ **PENDING MOTION STATUS:** #19 Motion to Suppress Statement

❏ **PLEA STATUS:** Likely Plea

❏ **TRIAL STATUS** 2 Days for Trial
    1/23/06 Trial Term; Will likely be moved to Judge Coogler's 2/13/06 Trial Term

❏ **REMARKS:** Waiver of Speedy Trial to be filed today