IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )   CR. NO. 2:05cr171T |
| | ) |
| CALVIN ARTIS STEWART, JR. | ) |

## WAIVER OF SPEEDY TRIAL ACT

I, CALVIN ARTIS STEWART, JR., the defendant in the above styled case, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. Seq. I certify to the court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_1-3-06_
DATE

_[signature]_
DEFENDANT

_1-3-06_
DATE

_[signature]_
ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:05cr171T |
| | ) | |
| CALVIN ARTIS STEWART, JR. | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on January 3rd, 2006, I electronically filed the foregoing with the Clerk of the Court using cm/ecf system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully Submitted,

/s/ John R. Walker
Attorney for the Defendant
P.O. Box 3041
Montgomery, Alabama 36109
Telephone (334) 538-3768
Fax: (334) 263-7782
E-Mail: jreaganwalker@yahoo.com
Al. Bar Code: 6577-W86J