**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

January 20, 2006

# NOTICE OF CORRECTION

TO: Counsel of Record

FROM: Sheila Carnes, Deputy Clerk

SUBJECT: USA v Calvin Artis Stewart, Jr
Cr N. 2:05cr171-MHT
Report and Recommendation, DN 33

The attachments to this notice have been included as attachments to the January 20, 2006, Report and Recommendation of the Magistrate Judge as directed by Judge McPherson's chambers.