# WAIVER OF COUNSEL BY DEFENDANT IN CUSTODY

I, **Artis Calvin Stewart Jr**, have been informed by the undersigned law enforcement officers, prior to being questioned by them, that I am suspected of the offense of **Drug Paraphernalia, Possession of Controlled Substance, Possession of Marijuana 1st, Carrying Concealed Weapon** in **Lowndes** County, Alabama, on the **18** day of **March**, **2005**, and have been informed by them of my Rights as follows:

**AC** 1. That I may remain silent and do not have to make any statement at all.

**AC** 2. That any statement which I might make may be used against me in Court.

**AC** 3. That I have a right to consult with an attorney before making any statement and to have such attorney present with me while I am making a statement.

**AC** 4. That if I do not have enough money to employ an attorney, I have the right to have one appointed by the Court to represent me; to consult with him before making any statement; and to have him present with me while I am making a statement.

**AC** 5. That if I request an attorney, no questions will be asked me until an attorney is present to represent me.

After having my Rights explained to me, I freely and voluntarily waive my right to an attorney. I am willing to make a statement to the officers. I can read and write the English language and fully understand my Rights to an attorney. I have read this Waiver of Counsel and fully understand it. No threats or promises have been made to me to induce me to sign this Waiver of Counsel and to make a statement to the officers.

This **18** day of **March**, **2005**.

_____
(signature)

All of the Rights in the above Waiver of Counsel were read and explained to the above defendant by me and he freely and voluntarily waived his right to an attorney. No threats, promises, tricks or persuasion were employed by me or anyone in my presence to induce him to waive his rights to an attorney and to make a statement without an attorney. He freely and voluntarily signed the above Waiver of Counsel in my presence after having read it.

_____
**2nd DTF Agent**
(Title)

Witnessed by:

_____
**K. B. ___ Chief**

000030

SHERIFF'S DEPARTMENT — STATEMENT SHEET

| | | | | |
|---|---|---|---|---|
| 1. NAME (Last, First, Middle) STEWART, ARTIS C. JR. | | | | 2. FILE NUMBER |
| 3. ALIASES/NICKNAMES | 4. DATE 05/13/05 | S T T S M W ⓕ | TIME | 5. PLACE OF INTERVIEW LOWNDES CO JAIL |
| 6. HOME ADDRESS 542 STATE HWY 97 SOUTH HAYNEVILLE, AL. 36040 | | | | 7. HOME PHONE (334) 548-5636 |
| 8. NAME & ADDRESS OF EMPLOYER | | | | 9. BUSINESS PHONE |

| 10. RACE B | 11. SEX M | 12. D.O.B. 10/20/77 | 13. P.O.B. | 14. SOC 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 | 15. DLN 6232872 | 16. STATE AL |
|---|---|---|---|---|---|---|
| 17. HGT 5'8 | 18. WGT 155 | 19. HAIR BLK | 20. EYES BRO | 21. SCARS, MARKS, TATTOOS, AMPUTATIONS | | |
| 22. VEH. YEAR | 23. MAKE | 24. MODEL | 25. COLOR | 26. VIN | 27. LICENSE | 28. STATE |

29. STATEMENT

My name is Artis Stewart Jr and I live at 542 state hwy 97 out Hayneville AL and on the 18 of March 2005 I was drivin my Green Pontiac grand prix and I was stoped by the police on old Letohatchee Road, I had in my back pocket a 40 cal millennium pistol that Belongs to me. and also in my car I had several bags of crack cocaine and small bags of marijuana. The Crack Cocaine and marijuana Belongs To Me and no one else. I placed the crack and marijuana inside of the vehicle. I Do not smoke or use Crack cocain in any way. I only smoke marijuana. The other Two people In my car Do not have any ownership of any of the Drugs or pistol. I gave This Statment of my own free will.

Artis C. Stewart Jr.

Nothing Follows

| 30. ACJIC/NCIC CHECK YES ☐ NO ☐ | 31. FINGERPRINTED YES ☐ NO ☐ BY WHAT AGENCY: PHOTOGRAPHED YES ☐ NO ☐ BY WHAT AGENCY | | |
|---|---|---|---|
| 32. SUBJECT ☐  VICTIM ☐  WITNESS ☐ RIGHTS GIVEN BY: G. LaShun Hutson | 33. DATE ENDED | TIME ENDED 06:20 AM/PM | 34. INTERVIEW CONDUCTED BY: |
| | | | 35. PAGE   OF    36. EXHIBIT NO. |

Chief