United States District Court
Middle District of Alabama
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 2:05-cr-171-LSC |
| | ] |
| CALVIN ARTIS STEWART, JR., | ] |
| | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Vanzetta Penn McPherson, United States Magistrate Judge [Doc. 33] entered the 20th day of January, 2006. There have been no objections to the Report and Recommendation filed.

It is Ordered that the Report and Recommendation of the Honorable Vanzetta Penn McPherson, United States Magistrate Judge [Doc. 33] be accepted and hereby is accepted as entered. This court adopts the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this 31st day of January 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE