IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -3 P 12: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CASE NO. 2:05-CR-171-T |
| CALVIN ARTIS STEWART | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, the Defendant, Calvin Artis Stewart, by and through undersigned counsel, John R. Walker, and notifies the court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Respectfully Submitted,
/s/ John R. Walker
John R. Walker (WAL 135)
Attorney for Defendant
P.O. Box 3041
Montgomery, Alabama 36109
334-538-3768
334-263-7782-Fax
E-Mail: jreaganwalker@yahoo.com
Al. Bar Code:6577-W86J

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Intent to Change Plea upon the party listed below by placing a copy in the U.S. Mail, postage prepaid and properly addresses on this the 3rd Day of February, 2006.

*[signature]*

John R. Walker
Attorney for The Defendant
P.O. Box 3041
Montgomery, Alabama 36109
334-538-3768
334-263-7782-Fax
E-mail- jreaganwalker@yahoo.com
Al. Bar Code: 6577-W86J

Honorable Kent Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104