MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:    Jimmy Dickens

❏ARRAIGNMENT        xCHANGE OF PLEA        ❏CONSENT PLEA

❏RULE 44(c) HEARING        ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** *VANZETTA PENN MCPHERSON*        **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr171-LSC*        **DEFENDANT NAME:** *Calvin Artis Stewart, Jr.*

**AUSA:** *Kent Brunson*          **DEFENDANT ATTY:** *John Reagan Walker*

Type Counsel:    ( ) Waived;  ( x ) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:**    Leslie Craft

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** __x__ **NO** _____ **YES    Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❏ Not Guilty                        ❏Nol Contendere

❏Not Guilty by reason of insanity

❏Guilty as to:

XCount(s)____1, 2_____  of the Felony Indictment.

XCount(s) _____3_____  ❏ dismissed on oral motion of USA;

X to be dismissed at sentencing

**X — ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

X— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  X Sentencing on _____  ❏_____ Bond   X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or ❏ Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.