IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -3  P 3: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. 2:05cr171-LSC |
| | ) |
| CALVIN ARTIS STEWART, JR. | ) |

### NOTICE TO THE COURT

Comes Now, John R. Walker, attorney for the defendant in the above styled matter and hereby notifies the court of the following:

1. That counsel for the defendant has been offered and accepted employment with the City of Montgomery Municipal Court as a Magistrate. Said employment is scheduled to begin on March 10, 2006.

2. That counsel was retained to represent the defendant on November 19, 2006. Counsel has notified his client of his acceptance of said position. Counsel has also notified the City of Montgomery Municipal Court of his representation of a defendant in United States District Court.

3. Said position involves the filing of complaints and issuance of writs for arrest for the Municipal Court of Montgomery, Alabama and District Court of Montgomery County, Alabama.

4. That the Defendant has entered a plea of guilty in this matter on February 6, 2006 and sentencing is scheduled for June 29, 2006.

5. That Counsel has contacted Kent Brunson, the United States Attorney in this matter, and informed him of acceptance of said position and to determine whether

said employment would create a conflict of interest.

6. Acceptance of said employment does not appear to be a conflict of interest for the purposes of sentencing. However, if the Court determines a potential conflict, counsel will address such issues.

Respectfully Submitted This 3rd day of March, 2006.

_____
John R. Walker (WAL 135)
Attorney for the Defendant
P.O. Box 3041
Montgomery, Alabama 36109
334-538-3768
e-mail: jreaganwalker@yahoo.com
Ala Bar Code: 6577-W86J

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.                                              ) | CR. NO. 2:05cr171-LSC |
| ) | |
| CALVIN ARTIS STEWART, JR.   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the United States Attorney as listed below by personal service or by placing a copy in the U.S. Mail, postage prepaid and properly addressed on the 3rd day of February, 2006.

*John R. Walker*
John R. Walker
Attorney for the Defendant
P.O. Box 3041
Montgomery, Alabama 36109
Telephone (334) 538-3768
Fax: (334) 263-7782
E-Mail: jreaganwalker@yahoo.com
Al. Bar Code: 6577-W86J

Copy to:
Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104