UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| vs. | ]  2:05-CR-171-LSC |
| | ] |
| CALVIN ARTIS STEWART | ] |

**O R D E R**

Presently pending before the Court is the Defendant's Motion for withdrawal of counsel and continuance of sentencing date (doc. 49). The Court will hear arguments on the motion at the hearing set for 9:45 a.m. on Thursday, June 29, 2006, in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 26th day of June 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019