IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                            )
      v.                      )            CR. NO. 2:05-CR-171-LSC
                            )
CALVIN ARTIS STEWART, JR.       )

<u>MOTION FOR LEAVE TO DISMISS COUNT THREE OF INDICTMENT</u>

Comes now the United States of America by and through its Attorney for the Middle District

of Alabama and moves the Court for leave to dismiss Count Three of the Indictment heretofore filed

in the above styled cause to Calvin Artis Stewart, Jr., on the following grounds, to wit:

The United States agreed to dismiss Count Three of the Indictment in the Defendant's Plea

Agreement.

Respectfully submitted this the 5th day of July, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CR. NO. 2:05-CR-171-LSC
                                )
CALVIN ARTIS STEWART, JR.       )

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

John R. Walker.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
kent.brunson@usdoj.gov