IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-171-LSC |
| | ) | |
| CALVIN ARTIS STEWART, JR. | ) | |

O R D E R

    Upon consideration of the Motion for Leave to Dismiss Count Three of the Indictment as to Calvin Artis Stewart, Jr., heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this ____ day of July, 2006.

                                          L. SCOTT COOGLER
                                          UNITED STATES DISTRICT JUDGE

DISMISSAL OF COUNT THREE OF INDICTMENT

    Comes now the United States of America with leave of the Court first had and obtained and dismisses Count Three of the Indictment heretofore filed in the above styled cause as to Calvin Artis Stewart, Jr.

                                          Respectfully submitted,

                                          LEURA GARRETT CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Kent B. Brunson
                                          KENT B. BRUNSON
                                          Assistant United States Attorney
                                          One Court Square, Suite 201
                                          Montgomery, Alabama 36104
                                          Telephone: (334) 223-7280
                                          Fax: (334) 223-7135
                                          kent.brunson@usdoj.gov