IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr171-LSC |
| | ) | |
| CALVIN ARTIS STEWART, JR. | ) | |

**ORDER**

For good cause, it is

ORDERED that the Government's Motion to Add Publication Dates to Record, filed on 15 June 2006 (doc. # 48) is GRANTED.

Done this 9th day of November, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE